1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, CA 94612
     Telephone: (510) 637-3680
7    Fax: (510) 637-3724
     E-Mail: John.Cooke@usdoj.gov
8
9  Attorneys for the United States of America

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                                  OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,        )     No. CR-10-00660 SBA
14                                   )
        v.                           )     [PROPOSED] ORDER EXCLUDING
15                                   )     TIME FROM SEPTEMBER 16, 2010 TO
   EFRAIN LOPEZ-TORRES,              )     SEPTEMBER 28, 2010 FROM SPEEDY
16                                   )     TRIAL ACT CALCULATION (18 U.S.C.
        Defendant.                   )     §§ 3161(h)(7)(A) and (B))
17  _____ )

18

19      Defendant Efrain Lopez-Torres ("Defendant") appeared before the Court on September
20  16, 2010 for status. Because of Defendant's immigration status, the Court ordered Defendant
21  detained, although the Court also noted that Defendant may revisit the issue of detention should
22  his circumstances change. Counsel for the defendant indicated she would need time both to
23  review discovery materials and to meet with her client. The Court set an appearance date of
24  September 28, 2010. The Court then ordered that time should be excluded from the Speedy Trial
25  Act calculation from September 16, 2010 through September 28, 2010, for effective preparation
26  of defense counsel. With the agreement of the parties, the Court enters this order documenting
27  the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from
28  September 16, 2010 through September 28, 2010.

No. CR-10-00660 SBA
[Proposed] Order Excluding Time

The parties agreed, and the Court found and held, as follows:

1.   The parties agreed to the exclusion of time under the Speedy Trial Act so that defense counsel would have time to meet with her client and to review discovery, taking into account the exercise of due diligence.

2.   Given these circumstances, the Court found that the ends of justice served by excluding the period from September 16, 2010 to September 28, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

3.   Accordingly, with the consent of the defendant's attorney, the Court ordered that the period from September 16, 2010 to September 28, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). Given Defendant's immigration status, the Court further ordered Defendant detained pending trial.

IT IS SO ORDERED.

DATED: September 20, 2010

LAUREL BEELER
United States Magistrate Judge

No. CR-10-00660 SBA
[Proposed] Order Excluding Time