1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Criminal Chief

4  JOHN D. COOKE (CABN 233267)
   Special Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3680
7      Fax: (510) 637-3724
       E-Mail: John.Cooke@usdoj.gov
8

9  Attorneys for the United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )    No. CR-10-00660 SBA
                                      )
14                                    )
        v.                            )    **STIPULATION TO CONTINUE**
15                                    )    **STATUS HEARING; [PROPOSED]**
    EFRAIN LOPEZ-TORRES,              )    **ORDER CONTINUING STATUS**
16                                    )    **HEARING AND EXCLUDING TIME**
           Defendant.                 )    **UNDER THE SPEEDY TRIAL ACT**
17                                    )
    _____    )
18

19

20         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

21  STATUS HEARING date of November 17, 2010, scheduled at 1:30 p.m., before the Honorable

22  Laurel Beeler, be vacated and reset for November 19, 2010 at 10:00 a.m.

23         The requested continuance is sought under the Speedy Trial Act, 18 U.S.C. §

24  3161(h)(7)(A). The reason for this continuance is that defense counsel requires additional time

25  to investigate issues regarding the defendant's immigration history. For that reason, the parties

26  stipulate that the ends of justice served by the continuance requested herein outweigh the best

27  interests of the public and the defendant in a speedy trial because the failure to grant such a

28  //

No. CR-10-00660 SBA
[Proposed] Order Continuing Status Hearing

1 | continuance would unreasonably deny counsel for the defendant the reasonable time necessary
2 | for effective preparation, taking into account the exercise of due diligence.

4 | DATED: November 15, 2010

_____/s/_____
JOHN D. COOKE
Special Assistant United States Attorney

8 | DATED: November 15, 2010

_____/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender
Attorney for Efrain Lopez-Torres

No. CR-10-00660 SBA
[Proposed] Order Continuing Status Hearing

**ORDER**

1. Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

   The ends of justice served by the granting of the continuance from November 17, 2010 until November 19, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case and effective preparation of counsel.

   Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) from November 17, 2010 until November 19, 2010.

   IT IS FURTHER ORDERED that the STATUS HEARING date of November 17, 2010, scheduled at 1:30 p.m., before the Honorable Laurel Beeler, be vacated and reset for November 19, 2010 at 10:00 a.m.

DATED: November 16, 2010

_____
LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

No. CR-10-00660 SBA
[Proposed] Order Continuing Status Hearing