MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

JOHN D. COOKE (CABN 233267)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: John.Cooke@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00660 SBA |
|    v. ) | ORDER EXCLUDING TIME FROM DECEMBER 3, 2010 TO DECEMBER 16, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| EFRAIN LOPEZ-TORRES, ) | |
|    Defendant. ) | |

      Defendant Efrain Lopez-Torres ("Defendant") appeared before the Court on December 3, 2010 for status. At that time, counsel for the defendant indicated she needs additional time to investigate issues in the case. The Court found good cause to continue the status hearing and set an appearance date of December 16, 2010 for further status. The Court then ordered that time should be excluded from the Speedy Trial Act calculation from December 3, 2010 through December 16, 2010, for continuity and effective preparation of defense counsel. With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from December 3, 2010 through December 16, 2010.

///

///

No. CR-10-00660 SBA
Order Excluding Time

1    The parties agreed, and the Court found and held, as follows:

2    1.    The parties agreed to the exclusion of time under the Speedy Trial Act so that
3    defense counsel would have time to investigate issues in the case, taking into account the
4    exercise of due diligence.

5    2.    Given these circumstances, the Court found that the ends of justice served by
6    excluding the period from December 3, 2010 to December 16, 2010 from Speedy Trial Act
7    calculations outweighs the interests of the public and the defendant in a speedy trial by allowing
8    continuity of defense counsel and time for the defense effectively to prepare the case, in
9    accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).

10   3.    Accordingly, with the consent of the defendant's attorney, the Court ordered that
11   the period from December 3, 2010 to December 16, 2010 be excluded from Speedy Trial Act
12   calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

14   IT IS SO ORDERED.

16   DATED: 12/7/2010

HON. DONNA M. RYU
United States Magistrate Judge

No. CR-10-00660 SBA
Order Excluding Time