MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOSEPH P. AUDAL  (NYBN 4786935)
Special Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: joseph.audal@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> EFRAIN LOPEZ-TORRES, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 10-00660 SBA <br><br> ORDER EXCLUDING TIME FROM <br> MARCH 29, 2011 TO APRIL 21, 2011. |

The defendant, EFRAIN LOPEZ-TORRES, represented by JOYCE LEAVITT, Esquire, and the government, represented by JOSEPH P. AUDAL, Special Assistant United States Attorney, appeared before the Court on March 29, 2011, for a status hearing.  Defense counsel represented that she would need additional time to investigate some issues in this case but that the defendant would be prepared to enter a change of plea.  Defense counsel requested a continuance of the matter.

The matter was continued to April 21, 2011, at 10:00 a.m. for a change of plea hearing. Counsel for the defendant requested that time be excluded under the Speedy Trial Act between March 29, 2011, and April 21, 2011, because she will not be available next week and that she needed the remaining period of time to review the defendant's criminal history and to conduct

1  additional necessary investigation.  The government stated it had no objection to excluding time.

2  Based upon the representation of counsel and for good cause shown, the Court finds that
3  failing to exclude the time between March 29, 2011, and April 21, 2011, would unreasonably
4  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
5  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
6  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
7  between March 29, 2011, and April 21, 2011, from computation under the Speedy Trial Act
8  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
9  HEREBY ORDERED that the time between March 29, 2011, and April 21, 2011, shall be
10 excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

13 DATED: __3/29/11                                    _____*Saundra B Armstrong*_____
                                                       HON. SAUNDRA B. ARMSTRONG
14                                                     United States District Judge