BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LOPEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.   CR 10-00660 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING DATE |
| ) | |
| ) | |
| EFRAIN LOPEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Efrain Lopez-Torres, currently scheduled for Thursday, July 28, 2011, at 3:00 p.m. before Honorable Saundra Brown Armstrong, may be continued to Thursday, September 29, 2011, at 10:00 a.m. for sentencing.  The reason for the requested continuance is that the time of the sentencing was moved and defense counsel will is not available on July 28, 2011, at 3:00 p.m.

Defense counsel contacted United States Probation Officer Karen Mar in this case about the

*U S v. Lopez-Torres.,* CR 10-00660 SBA;
Stip. Continuing Sentencing                                    - 1 -

new sentencing date and the probation officer is available on that date.

DATED: 7/21/11                           \_\_\_\_/s/_____
                                         JOYCE LEAVITT
                                         Assistant Federal Public Defender


DATED: 7/21/11                           \_\_\_\_\_/s/_____
                                         MAUREEN BESSETTE
                                         Assistant United States Attorney


   I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.


## ORDER

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Thursday, July 21, 2011, at 3:00 p.m., is hereby continued to Thursday, September 29, 2011, at 10:00 a.m. for sentencing.

   SO ORDERED.

DATED:   7/25/11                         _____*Saundra B Armstrong*_____
                                         HONORABLE SAUNDRA BROWN ARMSTRONG
                                         United States District Judge

*U S v. Lopez-Torres.,* CR 10-00660 SBA;
Stip. Continuing Sentencing              - 2 -