1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant LOPEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.   CR 10-00660 SBA |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING DATE |
| | ) | |
| EFRAIN LOPEZ-TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Efrain Lopez-Torres, currently scheduled for Thursday, September 29, 2011, at 10:00 a.m. before Honorable Saundra Brown Armstrong, may be continued to Monday, November 14, 2011, at 10:00 a.m. for sentencing.  The reason for the requested continuance is that defense counsel is not available on September 29, 2011.  Furthermore, there is sentencing mitigation that defense counsel would like additional time to continue investigating this information before filing a sentencing memorandum prior to sentencing.

*U S v. Lopez-Torres.,* CR 10-00660 SBA;
Stip. Continuing Sentencing                                     - 1 -

1    Defense counsel has spoken to United States Probation Officer Karen Mar about the proposed
2    continuance and she has no objection.

3

4    DATED: 9/20/11                              ____/s/_____
5                                                JOYCE LEAVITT
                                                 Assistant Federal Public Defender
6

7

8    DATED: 9/20/11                              _____/s/_____
                                                 JOSHUA HILL
9                                                Assistant United States Attorney

10

11
         I hereby attest that I have on file all holographed signatures for any signatures indicated by a
12   conformed signature (/s/) within this e-filed document.

13

14
                                           **ORDER**
15
         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case,
16
17   currently scheduled for Thursday, September 29, 2011, at 10:00 a.m., is hereby continued to

18   Monday, November 14, 2011, at 10:00 a.m. for sentencing.

19       SO ORDERED.

20

21   DATED:    9/22/11                          _____/s/ Saundra B Armstrong_____
                                                HONORABLE SAUNDRA BROWN ARMSTRONG
22                                              United States District Judge

23

24

25

26

*U S v. Lopez-Torres.,* CR 10-00660 SBA;
Stip. Continuing Sentencing                    - 2 -