BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant LOPEZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No.   CR 10-00660 SBA |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING SENTENCING DATE |
| ) | |
| ) | |
| EFRAIN LOPEZ-TORRES, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case with respect to Efrain Lopez-Torres, currently scheduled for Monday, November 14, 2011, at 10:00 a.m., before Honorable Saundra Brown Armstrong, may be continued to Friday, December 9, 2011, at 10:00 a.m. for sentencing. The reason for the requested continuance is that United States Sentencing Guideline §2L1.2, relating to a violation of 8 U.S.C. §1326, has been modified which results in a reduction of Mr. Lopez-Torres' applicable offense level under the guidelines. In addition, USSG §5D1.2, relating to when a term of supervised release should be

imposed, has also been modified as it applies to this case. The parties would like to continue the sentencing date so that the United States Probation Officer can modify the Pre-Sentence Report ("PSR") to reflect the current guidelines as they apply to Mr. Lopez-Torres. If the Court continues sentencing to December 9, 2011, at 10:00 a.m., United States Probation Officer Karen Mar has indicated that she is available on that date and that she will be able to complete the revised PSR and release it to the parties one week prior to sentencing.

DATED: 11/07/11                     ____/s/_____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 11/07/11                     ____/s/_____
                                    JOSEPH AUDAL
                                    Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing in this case, currently scheduled for Monday, November 14, 2011, at 10:00 a.m., is continued to Friday, December 9, 2011, at 10:00 a.m. for sentencing.

SO ORDERED.

DATED:   11/7/11                    _____Saundra B Armstrong_____
                                    HONORABLE SAUNDRA BROWN ARMSTRONG
                                    United States District Judge